COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-05-429-CV

 

 

IN RE GLENN HARRISON AND
MARA HARRISON                       RELATORS

 

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators= petition
for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL A:   LIVINGSTON, J.; CAYCE,
C.J.; and HOLMAN, J.

 

HOLMAN, J., not participating.

 

DELIVERED: December 12, 2005











    [1]See
Tex. R. App. P. 47.4.